# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 14-519-1** |
| | : | |
| **PARIS CHURCH** | : | |

## ORDER

AND NOW, this _9 7'_ day of _MARCH_ 2018, upon consideration of the government's motion to dismiss the charges in the indictment as to defendant Paris Church, it is hereby ORDERED that the indictment in this case as to defendant Paris Church is dismissed without prejudice.

BY THE COURT:

_____

HONORABLE GERALD A. MCHUGH
*Judge, United States District Court*

4